# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM LAIL, | ) Case No.: 1:20-cv-1349 JLT |
| Plaintiff, | ) ORDER LIFTING THE STAY |
| v. | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| Defendant. | ) |

This action was stayed due to the Commissioner's inability to prepare a certified copy of the administrative record with limitations caused by the COVID-19 pandemic. (*See* Doc. 3 at 4) General Order No. 615 allows the stay to be lifted when "i) the Commissioner files a proof of service showing that the CAR has been served on Plaintiff; or ii) the Commissioner files the CAR." The Commissioner has now filed the certified administrative record. (Doc. 11) Accordingly, the Court **ORDERS**:

1. The stay is **LIFTED**; and
2. Plaintiff **SHALL** serve a letter brief within thirty days of service of this order.

IT IS SO ORDERED.

Dated:   **March 9, 2021**            /s/ Jennifer L. Thurston
                                       UNITED STATES MAGISTRATE JUDGE