# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM LAIL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No.: 1:20-cv-1349 JLT<br><br>ORDER GRANTING THE REQUEST FOR AN EXTENSION OF TIME<br><br>(Doc. 16) |

On July 6, 2021, the parties stipulated for the Commissioner to have an extension of thirty days to respond to Plaintiff's opening brief. (Doc. 16) Notably, the Scheduling Order permits a single thirty-day extension by the stipulation of parties (Doc. 5 at 3), and this is the first extension requested by either party. Accordingly, the Court **ORDERS**:

1. The extension of time is **GRANTED**; and
2. The Commissioner **SHALL** file a response to the brief no later than **August 11, 2021**.

IT IS SO ORDERED.

　Dated: **July 7, 2021**　　　　　　　_ **/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE