1

2

3

4

5

6

7

8                          **UNITED STATES DISTRICT COURT**

9                          **EASTERN DISTRICT OF CALIFORNIA**

10

11  WILLIAM LAIL,                              )   Case No.: 1:20-cv-1349 JLT
                                               )
12                  Plaintiff,                 )   ORDER GRANTING THE COMMISSIONER'S
                                               )   REQUEST FOR A FURTHER EXTENSION OF
13          v.                                 )   TIME
                                               )
14  COMMISSIONER OF SOCIAL SECURITY,           )   (Doc. 18)
                                               )
15                  Defendant.                 )
                                               )
16  _____   )

17          On August 9, 2021, the parties stipulated for the Commissioner to have an additional extension

18  of 30 days to file a response to Plaintiff's opening brief.  (Doc. 19.)  The Scheduling Order allows for

19  only one extension of 30 days by the stipulation of the parties. (Doc. 5 at 3.)  Beyond the single

20  extension by stipulation, "requests to modify [the scheduling] order must be made by written motion

21  and will be granted only for good cause."  (*Id.*)

22          Chantal Jenkins, counsel for the Commissioner, reports that she "was unexpectedly out of the

23  office for a week in July due to physical injury."  (Doc. 18 at 2.)  This was the reason given for the first

24  extension was requested at the beginning of July, when counsel requested an extension of thirty days.

25  (*See* Doc. 16 at 1.)  However, Ms. Jenkins also reports that she "currently has 8 other briefs in social

26  security cases due within the next month and an oral argument before the Ninth Circuit."  (Doc. 18 at

27  2.)  Further, Plaintiff's counsel has indicated he does not oppose the requested extension, and it does

28  not appear Plaintiff would suffer any prejudice as a result. Accordingly, the Court **ORDERS**:

                                                1

1.     The request for a further extension of time (Doc. 18) is **GRANTED**;

2.     The Commissioner **SHALL** file a response to Plaintiff's opening brief no later than **September 10, 2021**; and

3.     The parties are reminded that any additional requests for an extension of time shall be made by written motion, and supported by good cause.

IT IS SO ORDERED.

Dated:   __**August 10, 2021**__            _____**/s/ Jennifer L. Thurston**

CHIEF UNITED STATES MAGISTRATE JUDGE