# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM LAIL,<br><br>    Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI[1],<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:20-cv-1349 JLT<br><br>ORDER AWARDING ATTORNEY'S FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d)<br><br>(Doc. 25) |

On December 22, 2021, William Lail and Kilolo Kijakazi, Acting Commissioner of Social Security, stipulated for the award and payment of attorney's fees and expenses in the amount of $7,500.00 pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). (Doc. 25) Accordingly, the Court **ORDERS:** Subject to the terms of the parties' stipulation, Plaintiff is **AWARDED** fees and expenses in the amount of $7,500.00 under 28 U.S.C. § 2412(d).

IT IS SO ORDERED.

Dated: **December 22, 2021**　　　　　　　 /s/ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE

---

[1] This action was originally filed against Andrew Saul in his capacity as the Commissioner of Social Security. (*See* Doc. 1 at 1.) The Court has substituted Kilolo Kijakazi, who has since been appointed the Acting Commissioner of Social Security, as the defendant. *See* Fed. R. Civ. P. 25(d).